UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEADFIRST BASEBALL LLC, HEADFIRST CAMPS LLC, and BRENDAN V. SULLIVAN III,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT ELWOOD and STACEY ELWOOD,<br><br>    Defendants.<br><br>ROBERT ELWOOD,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>BRENDAN V. SULLIVAN III, and HEADFIRST PROFESSIONAL SPORTS CAMPS, LLC,<br><br>    Counterclaim Defendants. | C.A. No. 1:13-cv-00536-RBW |

### NOTICE OF ORDER STAYING D.C. SUPERIOR COURT ACTION PENDING OUTCOME OF THIS CASE

Defendant/Counterclaim-Plaintiff Robert Elwood respectfully notifies this Court that, on November 14, 2013 (pursuant to consent of the parties), the Superior Court of the District of Columbia (Holeman, J.) issued an order staying the related action, *Headfirst Professional Sports Camps LLC, et al. v. Elwood*, Case No. 2013 CA 4682 B, pending the outcome of this case. The Superior Court's Order is attached as **Exhibit A**. Elwood believes the stay of the Superior Court action is directly relevant to this Court's consideration of Elwood's Opposition to Headfirst

Professional Sports Camps LLC's Motion to Dismiss Elwood's Counterclaim. (ECF Nos. 19, 25 & 27.)

                   Respectfully submitted,

Dated: November 18, 2013     /s/ Moxila A. Upadhyaya
                      J. Douglas Baldridge (DC Bar # 437678)
                      Caroline P. Gately (DC Bar # 431227)
                      Moxila A. Upadhyaya (DC Bar # 494373)
                      VENABLE LLP
                      575 7th Street, N.W.
                      Washington, DC 20004
                      202-344-4073 Telephone
                      202-344-8300 Facsimile
                      jdbaldridge@venable.com
                      cpgately@venable.com
                      maupadhyaya@venable.com

                      *Counsel for Defendants/Counterclaim Plaintiffs*
                      *Robert Elwood and Stacey Elwood*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2013, a copy of the foregoing NOTICE OF ORDER STAYING D.C. SUPERIOR COURT ACTION PENDING OUTCOME OF THIS CASE was delivered as follows:

**By ECF**

Michael S. Sundermeyer
Robert M. Cary
Simon A. Latcovich
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC  20005

*Counsel for Headfirst Baseball LLC, Headfirst Camps LLC, and Brendan V. Sullivan III*

Thomas J. Ward
Daniel S. Ward
Ward & Ward, PLLC
2020 N Street, N.W.
Washington, D.C. 20036

*Counsel for Headfirst Professional Sports Camps LLC*

/s/ Moxila A. Upadhyaya
Moxila A. Upadhyaya