**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                                       )
HEADFIRST BASEBALL LLC, et al.,        )
                                       )
            Plaintiffs,                )
                                       )
      v.                               )
                                       )
ROBERT ELWOOD, et al.,                 )
                                       )
            Defendants.                )
_____)
                                       )   Civil Action No. 13-536 (RBW)
ROBERT ELWOOD,                         )
                                       )
            Counterclaim Plaintiff,    )
                                       )
      v.                               )
                                       )
BRENDAN V. SULLIVAN III, and           )
HEADFIRST PROFESSIONAL SPORTS          )
CAMP, LLC,                             )
                                       )
            Counterclaim Defendants.   )
_____)
```

## ORDER

For the reasons stated in the Memorandum Opinion entered this same date, it is

**ORDERED** that the defendants' motion to disqualify plaintiffs' counsel is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that the plaintiffs' motion for leave to file a second amended complaint is **GRANTED**.  It is further

**ORDERED** that the Defendants/Counterclaim-Plaintiffs' Motion to Dismiss Count IV and Count V of the Amended Complaint is **DENIED WITHOUT PREJUDICE** as moot.

**SO ORDERED** this 22nd day of November, 2013.

                                                REGGIE B. WALTON
                                                United States District Judge